UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KATELYN ABBOTT-MARSH,
*individually and on behalf of a class of similarly situated individuals*,

    Plaintiff,

    v.

ARNOT HEALTH, INC.,

    Defendant.

Case No. 23-CV-6685 (FGP-MJP)

**PLAINTIFFS' NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

    PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 68(a), Plaintiff Katelyn Abbot-Marsh and Opt-in Plaintiffs Brian Sage, Cari Rakich, Erica Wright, Jennifer Fantazier, Karen Willsey, Natassia Rodriguez, Sean Murray and Jennifer Mizerek, on May 16, 2025, accepted Defendant's Offer of Judgment (ECF No. 45; a copy of which is also attached as Exhibit A). Service of this acceptance has been made upon Defendant's counsel.

    Plaintiff Katelyn Abbott-Marsh and Opt-in Plaintiffs Brian Sage, Cari Rakich, Erica Wright, Jennifer Fantazier, Karen Willsey, Natassia Rodriguez, Sean Murray and Jennifer Mizerek respectfully request that the Clerk of Court enter judgment, subject to Court approval, in favor of Plaintiffs and Opt-In Plaintiffs in the amount of Ten Thousand Dollars ($10,000.00), inclusive of attorneys' fees, less any applicable payroll tax deductions and withholdings.

Dated: May 16, 2025
Rye Brook, New York

Respectfully submitted,

By:_____

Seth R. Lesser
Christopher M. Timmel
Jessica Rado*
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200

Joseph F. Scott*
Ryan A. Winters*
Kevin M. McDermott II*
SCOTT & WINTERS LAW FIRM, LLC
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
Telephone: (216) 912-2221
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiff, the Proposed FLSA Collective Action, and Proposed Fed. R. Civ. P. 23 Class*

\* Proceeding *Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

*/s/ Seth R. Lesser*
Seth R. Lesser