UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KATELYN ABBOTT-MARSH,
*individually and on behalf of a class of*
*similarly situated individuals,*

                                Plaintiff,

        v.

ARNOT HEALTH, INC.,

                                Defendant.

Case # 23-CV-6685-FPG-MJP

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED, pursuant to Rule 68 of the Federal Rules of Civil Procedure, that Defendant Arnot Health Inc., offered to allow Judgment to be entered against it in this action in the amount of $10,000.00, inclusive of attorneys' fees, less any applicable payroll tax deductions and withholdings, by the terms of its Offer of Judgment under Federal Rule of Civil Procedure 68, which was filed and served on May 16, 2025 (collectively and individually, the "Offer of Judgment"). Plaintiff Katelyn Abbott-Marsh and Opt-in Plaintiffs Brian Sage, Cari Rakich, Erica Wright, Jennifer Fantazier, Karen Willsey, Natassia Rodriguez, Sean Murray, and Jennifer Mizerek accepted the Offer of Judgment. This action is thus DISMISSED on the terms set forth in the accepted Offer of Judgment.

Dated: Rochester, New York

      May 19, 2025

MARY C. LOEWENGUTH, CLERK

*Mary C. Loewenguth*

Mary C. Loewenguth
Clerk of Court

1